ACCEPTED
03-14-00713-CV
6244085
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 6:32:01 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00713-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 6:32:01 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF
TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants*,

V.

CGG VERITAS SERVICES (U.S.), INC.,
*Appellee*.

On Appeal from the
353rd Judicial District Court of Travis County, Texas

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLANTS' REPLY BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellants Glenn Hegar,

Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney

General of the State of Texas, request a fourteen-day extension of time to file their Reply

brief.

## I.

Appellants' reply brief is due on August 10, 2015. The Appellants seek a 14-day extension, creating a new due date of August 24, 2015. No prior extension has been requested or granted for this filing. Appellee does not oppose this motion.

## II.

The undersigned has assumed responsibility as lead appellate counsel for Appellants following April Farris's recent departure from the Attorney General's Office. Being new to the appeal, and not having participated in the trial proceedings or the preparation of Appellants' opening brief, the undersigned counsel requests a brief extension of time to analyze the trial court record and prepare a reply brief that will be helpful to the Court.

## III.

For these reasons, Appellants respectfully request that the Court grant a fourteen-day extension to file their reply brief, creating a new due date of August 24, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


 /s/ Joseph D. Hughes
JOSEPH D. HUGHES
Assistant Solicitor General
State Bar No. 24007410

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
[Tel.] (512) 936-1729
[Fax] (512) 474-2697
*jody.hughes@texasattorneygeneral.gov*

COUNSEL FOR APPELLANTS

3

## CERTIFICATE OF CONFERENCE

I spoke by telephone this morning with Amanda Taylor, counsel for Appellee, and she stated that she is not opposed to the two-week extension of time requested.

 /s/ Joseph D. Hughes  
Joseph D. Hughes

## CERTIFICATE OF SERVICE

I certify that on July 27, 2015, a true and correct copy of this Unopposed Motion to Extend Time to file Appellants' Reply Brief was served via File & ServeXpress upon the following counsel of record:

Amanda G. Taylor  
MARTENS TODD LEONARD & TAYLOR  
301 Congress Ave., Suite 1950  
Austin, Texas 78701

COUNSEL FOR APPELLEE

 /s/ Joseph D. Hughes  
Joseph D. Hughes